| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| FORMAN HOLT ELIADES & RAVIN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652<br>(201) 845-1000<br>Attorneys for Charles M. Forman,<br>Chapter 7 trustee<br>Kim R. Lynch (KL-5866) | **FILED**<br>JAMES J. WALDRON, CLERK<br>AUG 16 2011<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>THE RUSS COMPANIES, INC., et al.,[1]<br><br>　　　　　　　　　Debtors. | Chapter 7<br>Case No. 11-22471 (DHS)<br>(Jointly Administered)<br><br>Hearing Date: August 16, 2011 |

## ORDER AUTHORIZING SALE OF CERTAIN ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES PURSUANT TO SECTIONS 363(b) and (f) OF THE BANKRUPTCY CODE

The relief set forth on the following pages, numbered two (2) through eight (8), is hereby **ORDERED**.

Aug. 16, 2011

_[Signature]_
USBJ

---

[1] The Debtors are The Russ Companies, Inc., Russ Berrie Company Investments, Inc., Russ Berrie U.S. Gift Inc., The Encore Group, Inc., Russ Berrie and Company Properties, Inc., and Russplus, Inc.

(Page 2)
Debtor: The Russ Companies, Inc., et al.
Case No.: 11-22471 (DHS)
Caption of Order: Order Authorizing Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363(b) and (f) of the Bankruptcy Code

**THIS MATTER** having been presented to the Court upon the motion of Charles M. Forman, chapter 7 trustee (the "Trustee") for The Russ Companies, Inc., Russ Berrie Company Investments, Inc., Russ Berrie U.S. Gift Inc., The Encore Group, Inc., Russ Berrie and Company Properties, Inc., and Russplus, Inc. (collectively, the "Debtors"), through his attorneys, Forman Holt Eliades & Ravin LLC, pursuant to sections 105(a), 363(b),(f) and (m), 365 and 554 of Title 11, United States Code (the "Bankruptcy Code") and Rules 6004, 6006, 6007 and 9019 of the Federal Rules of Bankruptcy Procedure (the "Rules"), for the entry of an Order (a) approving bidding procedures, scheduling bid deadline, auction sale and hearing to approve sale, (b) approving settlement with secured lenders, (c) authorizing the Trustee to sell the Debtors' assets free and clear of liens, claims, interests and encumbrances, (d) authorizing the Trustee to exercise control over foreign subsidiaries, (e) granting the Trustee an extension of time to reject, assume, or assume and assign executory contracts and unexpired leases, (f) authorizing the Trustee to assume and assign certain executory contracts and unexpired leases, (g) authorizing the Trustee to reject certain executory contracts and unexpired leases, (h) authorizing the Trustee to abandon certain assets, and (i) granting related relief (the "Motion"); and the Court having entered an order on July 15, 2011 authorizing the sale of certain inventory owned by the Debtors (the "US Inventory"); and the Court having adjourned the sale of the Debtors' remaining assets, including the Debtors' furniture, fixtures and equipment and machinery and equipment (collectively, the "FF&E"); and the Court having conducted a hearing on the sale of the FF&E

(Page 3)
Debtor: The Russ Companies, Inc., et al.
Case No.: 11-22471 (DHS)
Caption of Order: Order Authorizing Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363(b) and (f) of the Bankruptcy Code

August 16, 2011 (the "Sale Hearing"); and the Court having found sufficient cause for the relief granted herein.

**THE COURT HEREBY FINDS THAT:**

A.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O). Venue of these cases and this matter in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B.   As evidenced by the certifications of service previously filed with the Court, (i) proper, timely, adequate and sufficient notice of the Motion has been provided in accordance with the Order Shortening Time Period and Setting Hearing on the Motion and the Order (1) Approving Settlement With Secured Lenders, (2) Authorizing The Trustee To Sell Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances Pursuant to 11 U.S.C. §363(b) and (f); (3) Approving Bidding Procedures; (4) Scheduling (A) Bid Deadline, (B) Auction Sale and (C) Hearing Approving Sale; and (5) Approving Sale Process (the "Procedures Order") dated June 17, 2011; (ii) such notice was good and sufficient, and appropriate under the particular circumstances; and (iii) no other or further notice of the Sale Motion, the Sale Hearing, or the Auction[2], is or shall be required.

C.   The Debtors' pre-petition lenders consent to the sale of the FF&E as set forth on **Exhibit "A"** attached hereto and made a part hereof and located at 2520 US Highway 130, Cranbury, NJ 08512 (the "Warehouse") and 1800 Valley Road, Wayne, NJ 07470 ("HQ") (the

---

[2] Terms not otherwise defined shall have the same meaning as in the Motion.

(Page 4)
Debtor: The Russ Companies, Inc., et al.
Case No.: 11-22471 (DHS)
Caption of Order: Order Authorizing Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363(b) and (f) of the Bankruptcy Code

Warehouse and HQ, collectively, the "Locations"). The Trustee has satisfied the applicable criteria of sections 363(b), 363(f), 363(m) of the Bankruptcy Code, and Bankruptcy Rules 2002 and 6004 and therefore, the sale of the FF&E free and clear of all Liens (as defined below), and all other relief provided herein, is determined to be appropriate.

D. As demonstrated by the evidence proffered or adduced at the Sale Hearing, the Trustee has conducted the sale process in compliance with the Procedures Order and the Auction was duly noticed and a reasonable opportunity was given to any interested party to make a higher or better offer for the FF&E.

E. The contemplated transaction was negotiated, proposed and entered into by the Trustee and the Buyer (as defined below) without collusion, in good faith, and from arm's length bargaining positions. Buyer is a good faith purchaser under section 363(m) of the Bankruptcy Code and as such, is entitled to all of the protection afforded thereby.

F. Buyer is not an "insider" of the Debtors, as that term is defined under section 101 of the Bankruptcy Code.

G. The consideration paid by Buyer is (i) fair and reasonable, (ii) is the highest and best offer for the FF&E; and (iii) constitutes reasonably equivalent value and fair consideration.

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Any objections to the entry of this Order that have not been withdrawn or resolved are overruled in their entirety.

(Page 5)
Debtor: The Russ Companies, Inc., et al.
Case No.: 11-22471 (DHS)
Caption of Order: Order Authorizing Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363(b) and (f) of the Bankruptcy Code

2. Pursuant to sections 363(b) and (f) of the Bankruptcy Code, and in accordance with this Order, the Trustee is authorized to sell to SB Capital Group, LLC, or its designee (the "Buyer") free and clear of and clear of all interests, leases, mortgages, liens, claims (as defined in section 101(5) of the Bankruptcy Code), taxes, judgments, encumbrances, and charges of any kind or nature (the "Liens"), the FF&E as set forth on Exhibit A for the purchase price of $250,000 (the "Purchase Price"), with the Liens to attach to the proceeds of sale of the FF&E in the same order of priority as existed pre-petition and in accordance with the Settlement. In the interest of disclosure, Buyer is a member of the joint venture (the "Joint Venture") under that certain Asset Purchase Agreement approved by Order of this Court entered July 15, 2011 which purchased the Debtors' US Inventory (the "APA").

3. During the period from August 20, 2011 through the date that the Joint Venture has the right to occupy the Warehouse which date, unless extended, is October 31, 2011 (the "Occupancy Period"), the Buyer shall have access to the Warehouse. Nothing contained herein shall in any way relieve the Joint Venture (of which the Buyer is a member) under the APA of any obligation to pay "Occupancy Expenses" thereunder, and in no event shall the Trustee be responsible for any such Occupancy Expenses. The Buyer shall be responsible for all expenses of the sale of the FF&E, other than Occupancy Expenses paid by the Joint Venture.

(Page 6)
Debtor:            The Russ Companies, Inc., et al.
Case No.:          11-22471 (DHS)
Caption of Order:  Order Authorizing Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363(b) and (f) of the Bankruptcy Code

4. The Buyer shall have access to HQ at no cost commencing on August 20, 2011 through August 31, 2011 in order to remove the FF&E located at HQ. Buyer shall vacate HQ by 11:59 p.m. on or before August 31, 2011.

5. The closing (the "Closing") shall occur within two days of entry of this Order.

6. The Buyer shall pay ninety percent (90%) the Purchase Price to the Trustee at the Closing, and the Trustee is authorized and directed to pay that amount to Wells Fargo immediately after receipt thereof. The Buyer shall have until August 31, 2011 to complete its verification that the FF&E listed in Exhibit A is at the Locations and is owned by the Debtors, and, subject to such verification, the balance of the Purchase Price shall be due at such time. The Trustee and the Buyer shall mutually agree on a resolution as to the balance of the Purchase Price should the FF&E be materially different than Exhibit A. The Court shall hold a hearing on September 20, 2011 at 10:00 a.m. in the event the parties cannot agree upon a resolution.

7. The Debtors shall maintain the personal liability insurance on the Locations that they currently have in place. The Buyer shall insure the FF&E and name the Trustee and Wells Fargo as additional insureds.

8. The Locations shall be left in broom clean condition, with the exception of the sorting and disposal of any of (i) Seller's corporate and business files, records, invoices, paperwork and documents, and (ii) any hazardous and/or toxic materials of any substance whatsoever ("Hazardous Materials"); provided, however, Purchaser may abandon in place any FF&E at the Warehouse. However, the Buyer must advise the Trustee of all items to be

(Page 7)
Debtor: The Russ Companies, Inc., et al.
Case No.: 11-22471 (DHS)
Caption of Order: Order Authorizing Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363(b) and (f) of the Bankruptcy Code

abandoned within 14 days of vacating the Warehouse. Disposal of any and all corporate and business files, records, invoices, paperwork and documents remains the sole responsibility of the Debtors.

9. The Trustee is authorized to execute and deliver all instruments and documents, including a Bill of Sale, as may be reasonably necessary or appropriate to effectuate the sale of the FF&E to the Buyer and to take all further actions as may be reasonably requested by Buyer for the purpose of assigning, transferring, granting, conveying and conferring to Buyer the FF&E without further Order of the Court.

10. On the Closing, parties asserting a Lien against the FF&E are authorized and directed to execute such documents and take all other action as may be reasonably necessary to release their Lien in the FF&E, if any, as such Liens may have been recorded or may otherwise exist; provided, however, that Wells Fargo's Liens, which shall be subordinate to the amount of the Purchase Price paid, shall not be released until such time as it has indefeasibly been paid the Purchase Price.

11. All of the transactions contemplated herein shall be protected by section 363(m) of the Bankruptcy Code in the event that this Order is reversed or modified on appeal. The consideration provided by Buyer for the FF&E under the Bill of Sale is fair and reasonable and the Sale may not be avoided under section 363(n) of the Bankruptcy Code.

12. Pursuant to Bankruptcy Rules 6004(h) and 7062 this Order shall not be stayed, and this Order shall be effective and immediately enforceable upon entry.

(Page 8)
Debtor:            The Russ Companies, Inc., et al.
Case No.:          11-22471 (DHS)
Caption of Order:  Order Authorizing Sale of Assets Free and Clear of All Liens, Claims, Interests and Encumbrances Pursuant to Section 363(b) and (f) of the Bankruptcy Code

13. The hearing with respect to the sale of the Debtor Assets, other than the US Inventory and the FF&E, shall be adjourned to September 20, 2011 at 10:00 a.m.

14. The United States Bankruptcy Court for the District of New Jersey shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order. The Trustee shall serve a copy of this Order on (i) the Notice Parties (as defined in the Order Shortening Time entered at Docket No. 103), (ii) the Buyer and (iii) all Qualified Bidders within three day of its entry via ECF, email or regular mail.

m:\cmf\the russ companies\sale\final orders\ffe sale order doc

**SB Capital Group**
a Schottenstein Affiliate

**Exhibit A**

| QUANTITY | ITEMS LOCATED AT CRANBURY NJ |
|---|---|
| | DESCRIPTION |
| 1 | 8' CONFERENCE TABLE |
| 110 | OFFICE ARM CHAIRS |
| 11 | CREDENZA |
| 5 | WOOD BOOK CASE |
| 7 | WOOD CABINET |
| 2 | 4X6 BULLETIN BOARD |
| 66 | PEDESTAL DISPLAYS |
| 92 | 4'W X 6' H WOOD DISPLAY WITH GLASS SHELVES |
| 1 | METAL DISPLAY |
| 1 | 34" REFRIGERATOR |
| 5 | PORTABLE WORK STAND |
| 1 | FLAVIA COFFEE MAKER |
| 10 | WOOD DESK |
| 4 | CAFE TABLES |
| 44 | STACK CHAIRS |
| 39 | SPINNER DISPLAY RACKS |
| 12 | 4' W X 8' TALL WOOD SHELF UNITS |
| 30 | MISCELLANEOUS DISPLAYS |
| 2 | PEDESTAL FANS |
| 2 | 2-TIER PLASTIC CART |
| 6 | BANQUET TABLE |
| 15 | METAL OFFICE DESK |
| 1 | 4-TIER METAL WIRE RACK |
| 45 | WOOD TABLE |
| 92 | DELL OPTIPLEX GX240 COMPUTER |
| 52 | DELL MONITOR |
| 1 | BROTHER INTELLIFAX 4750E FAX MACHINE |
| 2 | HP LASERJET 2100TN PRINTER |
| 5 | HP LASERJET 4000 PRINTER |
| 1 | HP LASERJET 3015 PRINTER |
| 5 | DELL OPTIPLEX GX270 COMPUTER |
| 12 | DELL OPTIPLEX GX260 COMPUTER |
| 24 | DELL OPTIPLEX GX150 COMPUTER |

**SB Capital Group**
a Schottenstein Affiliate

| | |
|---|---|
| 11 | ASSORTED MONITORS |
| 1 | HP L1710 LCD MONITOR |
| 1 | HP PROLIANT ML330 COMPUTER PIII |
| 1 | **NETWORK RACK WITH FOLLOWING 8 ITEMS** |
| 1 | PRINCETON MONITOR |
| 1 | COMPAQ PROLIANT DL-360 SERVER PIII W/2-72.8 GB HARD DRIVES |
| 2 | COMPAQ PROLIANT DL-360 SERVER PIII W/2-36.4 GB HARD DRIVES |
| 1 | COMPAQ PROLIANT DL-380G5 SERVER W/4-146 GB HARD DRIVES 10K |
| 1 | COMPAQ PROLIANT DL380 SERVER PIII W/4-18.2 GB HARD DRIVES |
| 1 | ARRAY W/14-36.4 GB HARD DRIVES |
| 1 | COMPAQ PROLIANT ML350 SERVER PIII W/6-146.8 GB HARD DRIVES |
| 1 | COMPAQ PROLIANT ML370 SERVER PIII W/6 - 18.2 GB HARD DRIVES |
| 1 | **NETWORK RACK WITH FOLLOWING 9 ITEMS** |
| 2 | COMPAQ PROLIANT DL-360 SERVERS EACH W/2 - 72.8 GB HARD DRIVES |
| 1 | COMPAQ PROLIANT DL-360 SERVER W/2 - 36.4 GB HARD DRIVES |
| 1 | COMPAQ MONITOR |
| 1 | COMPAQ PROLIANT DL-360 SERVER W/2 - 146.8 GB HARD DRIVES |
| 1 | COMPAQ PROLIANT DL320 SERVER |
| 6 | COMPAQ PROLIANT DL360 SERVERS EACH W/2 - 36.4 HARD DRIVES |
| 1 | COMPAQ PROLIANT DL360 SERVER W/2 - 18.2 HARD DRIVES |
| 1 | COMPAQ ALPHA SERVER DS10 |
| 1 | COMPAQ ARRAY W/4 HARD DRIVES |
| 1 | **NETWORK RACK WITH FOLLOWING 2 ITEMS** |
| 1 | IBM BLADE CENTER H (M8852-HC-1)W/11 BLADES |
| 4 | IBM TOTAL STORAGE EXP700 STORAGE EXPANSION UNIT EACH W/14 - 146 GB HARD DRIVES 10K |
| 1 | **NETWORK RACK WITH FOLLOWING 2 ITEMS** |
| 7 | SUNFIRE 280R SERVERS |
| 1 | SUN ENTERPRISE 220R SERVER |
| 1 | **NETWORK RACK WITH FOLLOWING 5 ITEMS** |
| 1 | ADIC SCALAR 100DLT |
| 1 | SUN SUNFIRE V210 |
| 1 | SUN NETRA ST D130 NETWORK STORAGE |
| 1 | SUN SUNFIRE V240 |
| 1 | SUN SUNFIRE V480 |
| 1 | **NETWORK RACK WITH FOLLOWING 3 ITEMS** |

**SB Capital Group**
a Schottenstein Affiliate

| | |
|---|---|
| 1 | SUN SUNFIRE 280R |
| 1 | SUN STORE EDGE D240 |
| 1 | SUN 540-4990-04 SERVER |
| 1 | **DIGITAL VAX6000-620 (63AMB-YE) SERVER WITH FOLLOWING 2 ITEMS** |
| 1 | DIGITAL TSZ07 TAPE DRIVE |
| 1 | DIGITAL TZ885 DLT AUTO LOADER |
| 1 | **NETWORK RACK WITH FOLLOWING 4 ITEMS** |
| 1 | DELL MONITOR |
| 3 | HP PROLIANT DL380G5 SERVERS EACH W/4 - 146 GB HARD DRIVES 15K |
| 1 | BARRACUDA FIREWALL 300 |
| 1 | HP PROLIANT DL380G5 SERVER W/7 - 146 GB HARD DRIVES 15K |
| 1 | **NETWORK RACK WITH FOLLOWING 8 ITEMS** |
| 1 | DELL MONITOR |
| 1 | BELKIN SWITCH |
| 1 | HP PROLIANT DL380G5 SERVER W/6 - 146 GB HARD DRIVES 15K |
| 1 | HP PROLIANT DL380G5 SERVER W/4 - 146 GB HARD DRIVES 15K |
| 1 | HP PROLIANT DL380G5 SERVER W/8 - 146 GB HARD DRIVES 15K |
| 1 | HP PROLIANT ML350 SERVER PIII W/4 - 146 GB HARD DRIVES |
| | HP PROLIANT DL380 SERVER PIII W/2-36.4 GB HARD DRIVES AND |
| 1 | 4-146.8 GB HARD DRIVES |
| 1 | HP STORAGE WORKS MODULAR ARRAY 1000 W/14-146.8 GB HARD DRIVES 15K |
| 1 | **NETWORK RACK WITH FOLLOWING 4 ITEMS** |
| 1 | DELL 3348 SWITCH |
| 1 | DELL MONITOR |
| 4 | COMPAQ PROLIANT PL1600 W/VARIOUS HARD DRIVES |
| 1 | APC SYMMETRA PX40 (10-40 KW/KVA) UPS |
| 1 | HP PROLIANT DL360 SERVER PIII W/2 - 146.8 GB HARD DRIVES 15K |
| 1 | HP PROLIANT DL360 SERVER PIII W/6 - 18.2 GB HARD DRIVES |
| | HP PROLIANT ML570 SERVER PIII W/6 - 18.2 GB HARD DRIVES AND 2-36.4 |
| 1 | GB HARD DRIVES |
| 1 | METAL COMPUTER WORK DESK |
| 14 | 4-DRAWER FILE CABINET |
| 11 | ARM CHAIR |
| 2 | 3X5 BULLETIN BOARD |
| 2 | 4X6 DRY ERASE BOARD |
| 8 | 4' ROLLING "H" DISPLAYS |

**SB Capital Group**
a Schottenstein Affiliate

| | |
|---|---|
| 6 | 4 SIDED ROLLING WOOD SHELVES |
| 2 | 4' WOOD SHELVES |
| 2 | 5 1/2' X 9' CONFERENCE TABLES |
| 2 | 11 SECTION 22'WX9'H FOLDING ROOM PARTITIONS |
| 1 | METAL PRINTER STAND |
| 3 | CAMERA STANDS |
| 1 | ELINCHROM S2 STROBE LIGHT |
| 1 | VIDEO EQUIPMENT CART |
| 1 | PR SQUIRE BY FENDER SPEAKERS |
| 2 | CANON IMAGERUNNER 5000 COPY MACHINES (NOT CONNECTED POOR CONDITION) |
| 4 | PORTABLE WATER COOLERS 5 GAL |
| 15 | 4' SECTIONS METAL STOCKROOM SHELVING |
| 1 | 4-DRAWER LATERAL FILE CABINET |
| 7 | DELL POWER CONNECT 3348 SWITCHES |
| 3 | CISCO 1900 SERIES |
| 1 | CISCO 7200 SERIES |
| 3 | CISCO 2600 SERIES |
| 1 | CISCO 3600 SERIES |
| 1 | PIX FIRE WALL CATALYST 4000 |
| 8 | FOLDING CHAIRS |
| 1 | ALUMINUM HANDTRUCK |
| 1 | CANON CFX-LX4000 FAX MACHINE |
| 1 | LEXMARK OPTRA S1625 PRINTER |
| 5 | MOTOROLA RADIUS SP50 RADIOS |
| 2 | 2-DRAWER LATERAL FILE CABINETS |
| 6 | 5 - DRAWER FILE CABINETS |
| 1 | EXECUTIVE EPS-1501X PAPER SHREDDER |
| 1 | 3'X10' CONFERENCE TABLE |
| 8 | EXECUTIVE OFFICE CHAIRS |
| 1 | 5'X8' DRY ERASE BOARD |
| 1 | COAT TREE |
| 2 | FRAMED MOTIVATIONAL PRINTS |
| 1 | 16' DOUBLE SIDE 6-TIER FILE FOLDER SHELVING UNIT |
| 1 | RICOH AFICIO COLOR 6513 COPIER |
| 1 | RICOH AFICIO 1060 COPIER |

**SB** Capital Group
a Schottenstein Affiliate

| | |
|---|---|
| 1 | FORMAX CUT SHEET BURSTER |
| 1 | EPSON STYLUS PRO 9000 |
| 1 | RICOH AFICIO 1013F COPIER |
| 1 | PANASONIC FP-7140 COPIER |
| 1 | PANASONIC FP-7728 COPIER |
| 1 | PANASONIC COPIER (CAN'T READ MODEL NUMBER) |
| 1 | XEROX DOCUCOLOR 12 COPIER |
| 2 | LEXMARK OPTRA S2455 PRINTER |
| 1 | XEROX WORKCENTRE M15i |
| 2 | HP 17" LCD MONITOR |
| 1 | FAIRBANKS PLATFORM SCALE |
| 1 | HP LASERJET 4050N PRINTER |
| 6 | HP LASERJET 5 PRINTER |
| 2 | HP LASERJET 6 PRINTER |
| 2 | ZEBRA 105Se LABEL PRINTER |
| 3 | ZEBRA 140 Xi III LABEL PRINTER |
| 1 | DELL OPTIPLEX 745 COMPUTER |
| 1 | HP LASERJET 2200DN PRINTER |
| 1 | HP LASERJET 4000N PRINTER |
| 1 | HP LASERJET 5100TN PRINTER |
| 1 | HP DESKJET 952C PRINTER |
| 1 | SATO LABEL PRINTER |
| 1 | ZEBRA 2348 PLUS LABEL PRINTER |
| 1 | RICOH AFICIO SP8200DN LASER PRINTER |
| 1 | BROTHER INTELLIFAX 2820 FAX MACHINE |
| 1 | HP COLOR LASERJET 2600N PRINTER |
| 1 | MICROTEK ARTIXSCAN DI2010 SCANNER |
| 5 | DELL 17" LCD MONITOR |
| 1 | CANON CFX-L4000 FAX MACHINE |
| 1 | HP LASERJET 4200N PRINTER |
| 1 | HP LASERJET 2300DN PRINTER |
| 1 | HP LASERJET 1200 PRINTER |
| 1 | HP DESIGNJET 450C WIDE FORMAT PRINTER |
| 1 | HP LASERJET 1020 PRINTER |
| 1 | BEST POWER FE SERIES UPS |
| 20 | SYMBOL LRT 3840 BAR CODE SCANNERS |

**SB Capital Group**
a Schottenstein Affiliate

| | |
|---|---|
| 1 | COMPAQ PROLIANT 1600 SERVER |
| 1 | IBM THINKCENTRE COMPUTER |
| 1 | PRINCETON MONITOR |
| 1 | **NETWORK RACK WITH FOLLOWING 1 ITEMS** |
| 1 | HP PROLIANT SERVER W/4 - 146.8 GB HARD DRIVES 15K |
| 1 | **AVAYA PHONE SYSTEM WITH FOLLOWING 6 ITEMS** |
| 14 | 2410 TELEPHONES |
| 1 | 2420 TELEPHONE W/EU24 |
| 2 | AVAYA G700 MEDIA GATEWAYS |
| 1 | CISCO 1841 ROUTER |
| 1 | CISCO 2800 SERIES ROUTER |
| 1 | CISCO 2500 SERIES ROUTER |
| 33 | SYMBOL MC9090 HANDHELD BARCODE SCANNERS |
| 2 | SYMBOL CRADLES |
| 8 | SYMBOL BATTERY CHARGERS |
| 13 | SYMBOL ACCESS POINTS |
| 1 | AMERICAN LINCOLN SC7740 MODEL 505-313 RIDE-ON SWEEPER/SCRUBBER |
| 1 | CLARKE ENCORE FLOOR MACHINE (POOR CONDITION) |
| 1 | NISSAN EWPM40 ELECTRIC PALLET JACK |
| 1 | YALE NR035ADNM24TE101 ELECTRIC REACH TRUCK (NO BATTERY, POOR CONDITION) |
| 1 | YALE OSO30BBN24ST095 ORDER PICKER (NOT OPERATING) |
| 2 | YALE GLC030CDJUAE077 PROPANE FORKLIFT 3000 LB (NOT OPERATING) |
| 1 | RAYMOND EASI-R30T ELECTRIC REACH TRUCK 3000 LB |
| 2 | YALE OSO30BCN24SE095 ELECTRIC ORDER PICKER |
| 2 | YALE NR035ABNM24SE095 ELECTRIC REACH TRUCK |
| 1 | YALE OSO30EAN24TE095 ELECTRIC ORDER PICKER |
| 6 | RAYMOND EASI-R30-TT ELECTRIC STANDING REACH TRUCK |
| 1 | YALE NE030MAN24ST095 ELECTRIC REACH TRUCK |
| 7 | RAYMOND EASI-OPC-30TT ELECTRIC ORDER PICKER |
| 1 | YALE MPE060LCN24T2748 ELECTRIC PALLET JACK |
| 3 | BEST PACK 8RMR75 & 8RMR TOP AND BOTTOM TAPING MACHINES |
| 2 | RAYMOND 112TM-FRE60L ELECTRIC PALLET JACK |
| 1 | YALE ELECTRIC PALLET JACK (MODEL NUMBER NOT VISIBLE) |
| 29 | BATTERY CHARGERS |
| 1 | MITSUBISHI ESR15N ELECTRIC STANDING REACH TRUCK |

**SB Capital Group**
a Schottenstein Affiliate

| Qty | Description |
|---|---|
| 1 | NISSAN KCUGH02F30PV PROPANE FORK TRUCK 4850# |
| 1 | TCM FCG15F9 PROPANE FORK TRUCK 2500# |
| 1 | TAYLOR DUNN SC-I-75 ELECTRIC CART |
| 2 | COUSINS LP2100 ROTARY PALLET STRETCH WRAP MACHINE |
| 1 | ORION EPIC SERIES ROTARY PALLET STRETCH WRAP MACHINE |
| 3 | EZ GO XI-500 ELECTRIC CARTS |
| 1 | EZ GO 875 ELECTRIC CART |
| 1 | HOBART 2-DR COOLER (POOR CONDITION) |
| 4 | BAYS PALLET RACK (BOLT TOGETHER) W/ASSORTED CONVEYOR PARTS |
| 2 | BAYS PALLET RACK (BOLT TOGETHER) W/ASSORTED HOUSEKEEPING SUPPLIES |
| 6 | BAYS PALLET RACK (BOLT TOGETHER) W/MISC REPAIR PARTS |
| 3 | BEST PACK CARTON TAPING MACHINES (FOR PARTS) |
| 4 | BUNN VPS DBL COFFEE MAKER |
| 32 | METAL WORK BENCH |
| 5 | 2-DOOR METAL STORAGE CABINET |
| 1 | 2-DR REFRIGERATOR/FREEZER |
| 2 | TILTING PLASTIC DUMPSTERS |
| 25 | MANUAL PALLET JACKS |
| 5 | PORT-A-COOL 2000 FANS |
| 1 | RIDGID SHOP VAC |
| 12 | PEDESTAL FANS |
| 1 | PORTABLE BLOWER |
| 2 | 10-STEP ROLLING METAL LADDERS |
| 1 | INGERSOLL RAND T-30 AIR COMPRESSOR 10HP, W/REFRIGERATED AIR DRYER |
| 1 | INGERSOLL RAND AIR COMPRESSOR 5HP |
| 1 | 8' FIBERGLASS LADDER |
| 18 | 2-TIER METAL STOCK CARTS |
| 21 | PLATFORM CARTS |
| 1 | INGERSOLL RAND T-30 AIR COMPRESSOR 15HP, W/REFRIGERATED AIR DRYER |
| 1 | JOINPACK/OVAL OV101 PLASTIC STRAPPING MACHINE |
| 3 | HAND TRUCK |
| 1 | MILLERMATIC 200 WELDER |
| 1 | OXYGEN/ACETYLENE WELDING OUTFIT |
| 2 | GAS SNOW BLOWERS |
| 1 | LINCOLN SP125 PLUS WELDER W/CART |
| 1 | PORTABLE AIR COMPRESSOR |

**SB Capital Group**
a Schottenstein Affiliate

| Qty | Description |
|---|---|
| 1 | BILLY GOAT GAS POWERED VAC |
| 1 | HI-JACKER TELESCOPING WORK PLATFORM (POOR CONDITION) |
| 2 | PORTABLE BLOWER |
| 1 | MANUAL PLATFORM LIFT |
| 2 | 6' FIBERGLASS LADDERS |
| 1 | 10' ALUMINUM LADDER |
| 1 | 8' WOOD LADDER |
| 1 | 32' FIBERGLASS EXTENSION LADDER |
| 1 | CRAFTSMAN PEDESTAL GRINDER |
| 1 | CRAFTSMAN DRILL PRESS |
| 1 | DAYTON 6Y002B 15" BAND SAW |
| 1 | INGERSOLL RAND AIR COMPRESSOR 5HP W/REFRIGERATED AIR DRYER |
| 1 | SOUTHBEND LATHE 12"X36" (POOR CONDITION) |
| 1 | LOT OF ASSORTED HAND TOOLS |
| 1 | 7-STEP ROLLING SAFETY LADDER |
| 1 | 4'X4' PALLET SCALE W/DIGITAL READOUT |
| 8 | IMPULSE SEALERS |
| 1 | KOBALT AIR COMPRESSOR 3HP |
| 3441 | BAYS PALLET RACK 17'H X 8'W X 42" D STRUCTURAL BOLT TOGETHER 3-TIER |
| 132 | BAYS PALLET RACK 17'H X 8'W X 42" D CLIP STYLE 3-TIER |
| 652 | BAYS PALLET RACK 17'H X 8'W X 42" D TUBULAR STYLE 3-TIER |
| 28 | BAYS PALLET RACK 8'H X 8'W X 42" D STRUCTURAL BOLT TOGETHER 3-TIER |
| 2100' | LINE SHAFT POWERED CONVEYOR (VARIOUS MANUFACTURERS) |
| 450' | BELT DRIVE LIVE ROLLER CONVEYORS (VARIOUS MANUFACTURERS) |
| 630' | BELT DRIVE LIVE ROLLER AIR LOGIC CONTROLLED ACCUMMULATING CONVEYOR |
| 80' | TABLE TOP BELT CONVEYOR |
| 4700' | STATIC ROLLER CONVEYOR (VARIOUS WIDTHS & MANUFACTURERS) |
| 12 | URETHANE BELT TRANSFER STATIONS WITH OVERHEAD SCANNERS |
| 40 | CONVEYORS LIFT GATES |
| 150' | NESTAFLEX EXPANDING SKATE CONVEYOR |
| 1 | WEIGHT-TRONIX IN-LINE MOTION SCALE W/DELL OPTIPLEX COMPUTER & 17" LCD MONITOR & RVS1 CIMATRIX OMNI C1X-L OVERHEAD SCANNER |
| 1 | CASI-3951 CUBE-A-SCAN (IN STORAGE) |
| 1550 | 10' TO 15' LONG FLOW RACK SHELVES |
| 4 | POWERED SPIRAL CONVEYOR BELT UNITS W/ALL DRIVERS AND CONTROLS |
| 1 | BUSHMANN 20 STATION RIGHT EXIT SLIDING SHOE SORTER W/20 -90 DEGREE CURVES AND 20 - 20 DEGREE TAKEAWAY CONVEYORS |
| 2350' | BUSHMANN 36" CHAIN DRIVE ACCUMULATING CONVEYOR WITH 36" ACCUMULATION ZONES AND 22 DRIVE UNITS, 22 RETURNS, AND ALL CHAIN REQUIRED ( NO SUPPORTS , IN STORAGE) |

**SB Capital Group**
a Schottenstein Affiliate

| | |
|---|---|
| 5 | ID TECHNOLOGY LABELERS W/ZEBRA 110 PAX 4 |
| 3 | 1987 STRICK 48' TANDEM AXLE VAN TRAILER |
| 1 | 1984 BUDD 45' TANDEM AXLE VAN TRAILER |
| 4 | 1985 BUDD 45' TANDEM AXLE VAN TRAILER |
| 4 | 1986 VANCO 48' TANDEM AXLE VAN TRAILER |
| 1 | 2003 FORD E350 SUPER DUTY 15-PASSENGER VAN 67K MILES |
| 1 | 2000 CHRYSLER TOWN & COUNTRY Lxi SPORTS VAN 72K MILES' |
| 1 | U-SHAPE 8'X6' RECEPTION DESK |
| 2 | 2-DRAWER FILE CABINET |
| 9 | 3-DRAWER LATERAL FILE CABINET |
| 8 | CUBICLES 3' HIGH |
| 3 | 2-DOOR METAL STORAGE CABINET |
| 8 | 5-DRAWER LATERAL FILE CABINET |
| 1 | HOSHIZAKI 150# UNDERCOUNTER ICE MAKER |
| 1 | SHARP MICROWAVE |
| 2 | 6' DOUBLE PEDESTAL TABLE |
| 1 | GE REFRIGERATOR |
| 160+ | PALLETS OF OFFICE FURNITURE |
| 20+ | PALLETS OF COMPUTER EQUIPMENT |
| 4 | ASH CAN |
| 3 | OUTSIDE TRASH CANS |
| 12 | WOOD PICNIC TABLES |
| 1 | 24-TANK PROPANE CAGE |
| 16 | PROPANE TANKS |
| 12 | 8' ROUND BANQUET TABLES |

**ITEMS LOCATED AT WAYNE NJ**

| | |
|---|---|
| 3 | FOLDING BANQUET TABLES |
| 1 | SANYO 34" REFRIGERATOR |
| 2 | DESTROY-IT 3802 PAPER SHREDDER |
| 10 | 5-DRAWER LATERAL FILE CABINET |
| 8 | 4-DRAWER LATERAL FILE CABINET |
| 1 | PANASONIC COMBO TV/VCR/DVD 19" |
| 4 | 4-TIER WIRE RACK |
| 2 | 5-TIER PLASTIC RACK |

**SB Capital Group**
a Schottenstein Affiliate

| | |
|---|---|
| 2 | 2-DRAWER LATERAL FILE CABINET |
| 1 | STAPLES SPL-1506X PAPER SHREDDER |
| 1 | FRAMED THOMAS KINKADE GICLEE PAINTING 28"X42" |
| 23 | ASSORTED FRAMED PRINTS |
| 2 | HAND TRUCKS |
| 2 | ALUMINUM HAND TRUCKS |
| 2 | DRAFTING TABLES WITH LAMPS |
| 2 | UPHOLSTERED STOOLS |
| 7 | 2-TIER WIRE CARTS |
| 1 | MAGIC CHEF 34' REFRIGERATOR |
| 10 | 3-DRAWER LATERAL FILE CABINETS |
| 4 | 2-DOOR METAL STORAGE CABINET |
| 1 | OMATION 106 ENVELOPENER |
| 1 | IBM WHEELWRITER 6 TYPEWRITER |
| 1 | AVANTI 34" REFRIGERATOR |
| 1 | FRIGIDAIRE 22CU FT 2-DOOR REFRIGERATOR/FREEZER |
| 1 | SAMSUNG MICROWAVE |
| 1 | TASK CHAIR |
| 35 | 4-DRAWER FILE CABINETS |
| 1 | ALUMINUM 5' PLATFORM CART |
| 1 | WOOD 2-DOOR CABINET |
| 1 | FELLOWES C220 PAPER SHREDDER |
| 1 | WELBILT 22" REFRIGERATOR |
| 1 | GE 22 CU FT REFRIGERATOR/FREEZER |
| 1 | GE MICROWAVE |
| 4 | 4' SECTIONS METAL STOCKROOM SHELVING |
| 3 | CAFÉ TABLES |
| 13 | STACK CHAIRS |
| 6 | WOOD DISPLAYS |
| 17 | SPINNER DISPLAYS |
| 2 | ARTISTS LIGHT BOXES |
| 25 | COUNTERTOP DISPLAYS |
| 3 | METRO RACKS |
| 20 | PEDESTAL DISPLAYS |
| 1 | ADP HANDPUNCH 4000 TIME CLOCK |
| 1 | CANON IMAGERUNNER 6000 COPIER |

**SB** Capital Group
a Schottenstein Affiliate

| Qty | Item |
|---|---|
| 1 | CANON IMAGERUNNER 5000 COPIER |
| 1 | CANON IMAGEPRESS C1+ COPIER |
| 1 | CANON IMAGERUNNER 5020 COPIER |
| 1 | CANON IMAGERUNNER 400S COPIER |
| 1 | CANON IMAGERUNNER 3245I COPIER |
| 124 | SYMBOL MC5040 WIRELESS BARCODE SCANNERS |
| 59 | DELL OPTIPLEX GX240 COMPUTER |
| 3 | DELL OPTIPLEX GX260 COMPUTER |
| 5 | DELL OPTIPLEX GX270 COMPUTER |
| 1 | DELL OPTIPLEX 300 COMPUTER |
| 1 | DELL OPTIPLEX 755 COMPUTER |
| 1 | IBM 8113K4U COMPUTER |
| 1 | DELL LATITUDE C600 NOTEBOOK COMPUTER |
| 2 | DELL LATITUDE D600 NOTEBOOK COMPUTER |
| 1 | DELL LATITUDE D610 NOTEBOOK COMPUTER |
| 1 | DELL LATITUDE D620 NOTEBOOK COMPUTER |
| 6 | DELL LATITUDE D630 NOTEBOOK COMPUTER |
| 1 | DELL LATITUDE E4310 NOTEBOOK COMPUTER |
| 1 | DELL LATITUDE E4300 NOTEBOOK COMPUTER |
| 1 | SONY VPCZ112GX NOTEBOOK COMPUTER |
| 88 | DELL MONITORS |
| 4 | VIEWSONIC VX2433WM LCD MONITORS |
| 13 | DELL 17" & 22" LCD MONITORS |
| 1 | ACER 20" LCD MONITOR |
| 2 | PLANAR 17" LCD MONITOR |
| 1 | DELL 15" LCD MONITOR |
| 1 | VIEWSONIC 17" MONITOR |
| 1 | ACER 17" LCD MONITOR |
| 1 | NEC 2000 LCD MONITOR |
| 2 | APPLE IMAC 20"/2.4/320 GB COMPUTER W/WACOM TABLET |
| 3 | APPLE IMAC 20"/2.4/320 GB COMPUTER |
| 9 | APPLE POWERMAC G4 COMPUTER |
| 1 | APPLE IMAC COMPUTER 700MHZ |
| 3 | COMPAQ DESKPRO COMPUTERS |
| 1 | HP OFFICE INKJET 1100 PRINTER |
| 3 | HP LASERJET 5 PRINTER |

**SB Capital Group**
a Schottenstein Affiliate

| | |
|---|---|
| 3 | HP DESKJET 5740 PRINTER |
| 1 | HP SCANJET 5550C SCANNER |
| 1 | AGFA SNAPSCAN E50 SCANNER |
| 7 | BROTHER INTELLIFAX 2820 FAX MACHINE |
| 5 | HP LASERJET 4000 PRINTER |
| 1 | HP SCANJET 4570C PRINTER |
| 1 | HP OFFICEJET PRO 8500 PRINTER |
| 1 | HP LASERJET 4050N PRINTER |
| 1 | FARGO PERSONA C16 PRINTER |
| 1 | DELL ALL-IN-ONE (CAN'T READ MODEL NUMBER) |
| 1 | HP COLOR LASERJET 3800N PRINTER |
| 1 | HP LASERJET 2200D PRINTER |
| 1 | HP COLOR LASERJET 4650DN PRINTER |
| 1 | HP LASERJET 4 PLUS PRINTER |
| 1 | DYMO 330 LABEL PRINTER |
| 2 | HP LASERJET 8150N PRINTER |
| 1 | BROTHER INTELLIFAX 2800 FAX MACHINE |
| 1 | HP PHOTOSMART C6280 ALL-IN-ONE |
| 1 | HP COLORLASERJET 2605DN PRINTER |
| 1 | HP OFFICEJET PRO 8000 PRINTER |
| 2 | HP LASERJET 4000N PRINTER |
| 3 | HP COLOR LASERJET CP1518Ni PRINTER |
| 1 | HP LASERJET 4050TN PRINTER |
| 1 | HP SCANJET N7710 SCANNER |
| 1 | BROTHER INTELLIFAX 4750E FAX MACHINE |
| 1 | DELL 5448 SWITCH |
| 6 | DELL 2748 SWITCH |
| 1 | D-LINK DGS-1024D SWITCH |
| 1 | CISCO 1841 ROUTER |
| 1 | CISCO 1760 ROUTER |
| 1 | CISCO 1721 ROUTER |
| 1 | CISCO 2821 SWITCH |
| 1 | CISCO 2801 SWITCH |
| 1 | HP LASERJET 2100 PRINTER |
| 1 | CANON LASERCLASS 1060P FAX MACHINE |
| 1 | HP STORAGEWORKS 1/8 AUTOLOADER |
| 1 | COMPAQ ML370 SERVER PIII W/6-36.4 GB HARD DRIVES 15K |

SB CAPITAL GROUP, LLC        [address illegible]        [phone illegible]        WWW.SBCAPITALGROUP.COM