**FORMAN HOLT ELIADES & RAVIN LLC**
ATTORNEYS AT LAW

Kim R. Lynch
Member
klynch@formanlaw.com

www.formanlaw.com
REPLY TO PARAMUS

September 16, 2011

*Via ECF*

Honorable Donald H. Steckroth
United States Bankruptcy Judge
United States Bankruptcy Court
50 Walnut Street, Third Floor
Newark, New Jersey 07102

Re:   The Russ Companies, Inc. et al
      Case No.: 11-22471(DHS)
      Hearing Date: September 20, 2011 at 10:00 a.m.

Dear Judge Steckroth:

This will confirm that the hearing on the Trustee's Motion Authorizing Sale of Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances Pursuant to Sections 363(b) and (f) of the Bankruptcy Code and Authorizing Rejection of Executory Contracts (Document No. 101) scheduled for September 20, 2011 at 10:00 a.m. has been rescheduled for October 25, 2011 at 10:00 a.m.

Respectfully,

Kim R. Lynch
KRL:ka
cc:   Charles M. Forman, Trustee

m:\cmf\the russ companies\ltrs\dhs.07.doc